# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUSTEES AND FIDUCIARIES OF THE SHEET METAL WORKERS LOCAL UNION NO. 25 NEW JERSEY ANNUITY FUND, et. al : *Plaintiffs* | : CIVIL ACTION NO. 20-04674 |
| v. | |
| PRECISION AIR BALANCING  *Defendant*. | |

## WITHDRAWAL BY VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs hereby withdraw the above captioned lawsuit by voluntary dismissing it **without** prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

        CLEARY, JOSEM & TRIGIANI LLP

BY:    /s/ Ryan R. Sweeney
     REGINA C. HERTZIG, ESQUIRE
     RYAN R. SWEENEY, ESQUIRE
     Constitution Place
     325 Chestnut Street, Suite 200
     Philadelphia, PA 19106
     (215) 735-9099

Dated: January 13, 2021

So Ordered.

_____
Madeline Cox Arleo, J.