# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUSTEES AND FIDUCIARIES OF THE SHEET METAL WORKERS LOCAL UNION NO. 25 NEW JERSEY ANNUITY FUND, et. al | : <br> : CIVIL ACTION NO. 20-04674 <br> : <br> : |
| *Plaintiffs* | : |
| v. | : <br> : |
| PRECISION AIR BALANCING | : |
| *Defendant.* | : |

## WITHDRAWAL BY VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs hereby withdraw the above captioned lawsuit by voluntary dismissing it **without** prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

CLEARY, JOSEM & TRIGIANI LLP

BY: /s/ Ryan R. Sweeney
REGINA C. HERTZIG, ESQUIRE
RYAN R. SWEENEY, ESQUIRE
Constitution Place
325 Chestnut Street, Suite 200
Philadelphia, PA 19106
(215) 735-9099

Dated: January 13, 2021

So Ordered.

_____
Hon. Madeline Cox Arleo
US District Judge